DAVID ALLEN THOMPSON, SR.
AU 9252
P.O. Box 600
Tracy, CA 95378-0600

Plaintiff in Pro Per

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
JAROM B. PHIPPS, SBN 296612
Email: jp@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QUIRINA OROZCO,<br><br>　　　　Defendant. | Civil Action No.: 2:14-cv-2111 DAD PC<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

///

DATE: February 23, 2015

/s/ David Allen Thompson, Sr.
DAVID ALLEN THOMPSON SR.
Plaintiff In Pro Per

DATE: February 17, 2015                    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorney for Defendant

## ORDER DISMISSING ACTION

IT IS SO ORDERED. This action against Defendant QUIRINA OROZCO is dismissed with prejudice. All parties to bear their own costs and attorneys' fees.

Dated: April 7, 2015

DAD:10
thom2111.stip.dism

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE